**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE Eastern DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Michael A. Clement <br>                <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-17048 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Fay Servicing as Servicer for First Guaranty Mortgage Corporation, and index same on the master mailing list.

Re: Loan # Ending In: 0765

                                                        Respectfully submitted,

                                                        **/s/Denise Carlon, Esquire**
                                                        Denise Carlon, Esquire
                                                        Thomas Puleo, Esquire
                                                        KML Law Group, P.C.
                                                        701 Market Street, Suite 5000
                                                        Philadelphia, PA 19106-1532
                                                        (215) 825-6306  FAX (215) 825-6406