## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **MICHAEL CLEMENT,** | : | Chapter 13 |
| Debtor | : | Bankruptcy No: 16-17048 |

### MOTION TO CONVERT FROM CHAPTER 13 CASE
### TO CASE UNDER CHAPTER 7

**COMES NOW,** the Debtor, Michael Clement, who files this motion to convert from a Chapter 13 to a Chapter 7 and in support thereof, says:

1. The Debtor is Michael Clement.

2. The Debtor filed a petition for protection pursuant to Chapter 13 of the Bankruptcy Act 11 U.S.C. § 101 et. seq.

3. The Debtor was able to make the plan payments prior to a child support order in the amount of $300.00.

4. Solely as a result of the new child support order, in the amount of $300.00 the debtor is not able to continue to make his plan payments.

5. The debtor initially estimated that he would be able to make a plan payment of $949.26 however; with the child support payment of $300.00 he would not be able to make the plan payments.

**WHEREFORE**, the Debtor, **Michael Clement**, pray this Honorable Court to:

    A. Grant relief in accordance with Chapter 7 of the Bankruptcy Code;

and

      B.    Grant such other relief as this Court deems fitting and just.

Dated: 11/29/17

*/s/Joseph Bambrick*
**Joseph T. Bambrick, Jr., Esquire**
Attorney for Debtor
Bar No. 45112
529 Reading Avenue, Suite K
West Reading, PA  19611