United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-17048-ref
Michael A. Clement                                                     Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR            Page 1 of 2              Date Rcvd: Nov 29, 2017
                              Form ID: 210U          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2017.
```
db         +Michael A. Clement,   512 Marshall Drive,   Shillington, PA 19607-2825
smg        +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg        +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg        +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr         +Fay Servicing, LLC,   440 S. LaSalle Street, Suite 2000,   Chicago, IL 60605-5011
cr         +First Guaranty Mortgage Corporation,   Aldridge Pite, LLP,   4375 Jutland Drive, Suite 200,
             P.O. Box 17933,   San Diego, CA 92177-7921
13803071    Berks EIT Bureau,   PO Box 6367,   Wyomissing, PA 19610-0367
13803073   +Convergent Healthcare, Inc.,   121 NE Jefferson Street, Suite 100,   Peoria, IL 61602-1229
13803074   +Fay Servicing LLC,   3000 Kellway Dr.,   Ste 150,   Carrollton, TX 75006-3357
13868342   +First Guaranty Mortgage Corporation,   Fay Servicing, LLC,   939 W. North Avenue, Suite 680,
             Chicago, IL 60642-1231
13808121   +First Guaranty Mortgage Corporation,   c/o ALDRIDGE PITE, LLP,   4375 Jutland Drive, Suite 200,
             P.O. Box 17933,   San Diego, CA 92177-7921
13803075   +First Premier Bank,   3820 N. Louise Ave,   Sioux Falls, SD 57107-0145
13803077   +NLT Recovery Agency,   2491 Payton Street,   Harrisburg, PA 17111-1036
13803078   +Pennsylvania Dept of Revenue,   2 Revenue Place,   Harrisburg, PA 17129-0002
13803079    Roundpoint,   PO Box 19409,   Charlotte, NC 28219-9409
13803082   +T. Mobile,   c/o Convergent Outsourcing,   P.O. Box 9004,   Renton, WA 98057-9004
13803083  #+Verizon Wireless,   P.O. Box 26055,   Minneapolis, MN 55426-0055
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg        +E-mail/Text: robertsl2@dnb.com Nov 30 2017 01:36:12      Dun & Bradstreet, INC,
             3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 30 2017 01:35:51
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 30 2017 01:36:18      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          E-mail/PDF: gecsedi@recoverycorp.com Nov 30 2017 01:33:14      Synchrony Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13808344    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 30 2017 01:40:18
             American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
             Oklahoma City, OK  73124-8848
13888694    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 30 2017 01:40:38
             American InfoSource LP as agent for,   Verizon,   PO Box 248838,
             Oklahoma City, OK  73124-8838
13803070   +E-mail/Text: banko@berkscredit.com Nov 30 2017 01:35:40      Berks Credit & Collections,
             900 Corporate Drive,   Reading, PA 19605-3340
13803069   +E-mail/Text: banko@berkscredit.com Nov 30 2017 01:35:40      Berks Credit & Collections,
             900 Coroporate Drive,   Reading, PA 19605-3340
13803072   +E-mail/Text: bankruptcy@sw-credit.com Nov 30 2017 01:36:08      Comcast,
             c/o SW Credit Systems L.P.,   4120 International Pkwy,Suite 100,   Carrollton, TX 75007-1957
13803076    E-mail/Text: cio.bncmail@irs.gov Nov 30 2017 01:35:38      Department of the Treasury - IRS,
             Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13849430   +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 30 2017 01:36:14      Premier Bankcard, Llc,
             c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
13803081   +E-mail/PDF: gecsedi@recoverycorp.com Nov 30 2017 01:32:42      SYNCB/Walmart,   P.O. Box 965024,
             Orlando, FL 32896-5024
13803080   +E-mail/Text: bankruptcynotices@dcicollect.com Nov 30 2017 01:36:44      Sprint,
             c/o Diversified Consultants,   P.O. Box 551268,   Jacksonville, FL 32255-1268
13803491    E-mail/PDF: gecsedi@recoverycorp.com Nov 30 2017 01:33:14      Synchrony Bank,
             c/o Recovery Management Systems Corp.,   25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +Fay Servicing, LLC,   3000 Kellway Dr,Ste 150,   Carrollton, TX 75006-3357
13862931*   Internal Revenue Service,   PO Box 37007,   Hartford, CT 06176-7007
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0313-4          User: SaraR              Page 2 of 2              Date Rcvd: Nov 29, 2017
                              Form ID: 210U            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    First Guaranty Mortgage Corporation
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE     ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Michael A. Clement NO1JTB@juno.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Michael A. Clement                                                                                         Case No: 16−17048−ref

     Debtor(s)

_____

## CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 11/29/17

For The Court

Timothy B. McGrath
Clerk of Court

21
Form 210U