United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-17048-ref
Michael A. Clement                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa            Page 1 of 2              Date Rcvd: Dec 04, 2017
                           Form ID: 309A          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2017.
db             +Michael A. Clement,    512 Marshall Drive,    Shillington, PA 19607-2825
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13803071        Berks EIT Bureau,    PO Box 6367,    Wyomissing, PA 19610-0367
13803073       +Convergent Healthcare, Inc.,    121 NE Jefferson Street, Suite 100,    Peoria, IL 61602-1229
13803074       +Fay Servicing LLC,    3000 Kellway Dr.,    Ste 150,    Carrollton, TX 75006-3357
13808121       +First Guaranty Mortgage Corporation,    c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                P.O. Box 17933,    San Diego, CA 92177-7921
13868342       +First Guaranty Mortgage Corporation,    Fay Servicing, LLC,    939 W. North Avenue, Suite 680,
                Chicago, IL 60642-1231
13803077       +NLT Recovery Agency,    2491 Payton Street,    Harrisburg, PA 17111-1036
13803078       +Pennsylvania Dept of Revenue,    2 Revenue Place,    Harrisburg, PA 17129-0002
13803079        Roundpoint,    PO Box 19409,    Charlotte, NC 28219-9409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: NO1JTB@juno.com Dec 05 2017 01:18:29     JOSEPH T. BAMBRICK, JR.,
                Joseph T. Bambrick Jr. Esq.,    529 Reading Avenue, Suite K,    West Reading, PA  19611
tr              +EDI: QLEFELDMAN.COM Dec 05 2017 01:23:00     LYNN E. FELDMAN,    Feldman Law Offices PC,
                221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg            +E-mail/Text: roberts12@dnb.com Dec 05 2017 01:18:55     Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 05 2017 01:18:42
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 05 2017 01:18:56     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 05 2017 01:18:51     United States Trustee,
                Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13808344        EDI: AIS.COM Dec 05 2017 01:18:00     American InfoSource LP as agent for,
                T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
13888694        EDI: AIS.COM Dec 05 2017 01:18:00     American InfoSource LP as agent for,    Verizon,
                PO Box 248838,    Oklahoma City, OK  73124-8838
13803070       +E-mail/Text: banko@berkscredit.com Dec 05 2017 01:18:37     Berks Credit & Collections,
                900 Corporate Drive,    Reading, PA 19605-3340
13803069       +E-mail/Text: banko@berkscredit.com Dec 05 2017 01:18:37     Berks Credit & Collections,
                900 Corporate Drive,    Reading, PA 19605-3340
13803072       +EDI: SWCR.COM Dec 05 2017 01:23:00     Comcast,    c/o SW Credit Systems L.P.,
                4120 International Pkwy,Suite 100,    Carrollton, TX 75007-1957
13803076        EDI: IRS.COM Dec 05 2017 01:23:00     Department of the Treasury - IRS,
                Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13803075       +EDI: AMINFOFP.COM Dec 05 2017 01:23:00     First Premier Bank,    3820 N. Louise Ave,
                Sioux Falls, SD 57107-0145
13849430       +EDI: JEFFERSONCAP.COM Dec 05 2017 01:23:00     Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13803081       +EDI: RMSC.COM Dec 05 2017 01:23:00     SYNCB/Walmart,    P.O. Box 965024,
                Orlando, FL 32896-5024
13803080       +EDI: DCI.COM Dec 05 2017 01:23:00     Sprint,    c/o Diversified Consultants,    P.O. Box 551268,
                Jacksonville, FL 32255-1268
13803491        EDI: RMSC.COM Dec 05 2017 01:23:00     Synchrony Bank,    c/o Recovery Management Systems Corp.,
                25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13803082       +EDI: CONVERGENT.COM Dec 05 2017 01:23:00     T. Mobile,    c/o Convergent Outsourcing,
                P.O. Box 9004,    Renton, WA 98057-9004
13803083       +EDI: VERIZONWIRE.COM Dec 05 2017 01:23:00     Verizon Wireless,    P.O. Box 26055,
                Minneapolis, MN 55426-0055
                                                                                 TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13862931*       Internal Revenue Service,    PO Box 37007,    Hartford, CT 06176-7007
                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Lisa              Page 2 of 2           Date Rcvd: Dec 04, 2017
                              Form ID: 309A           Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2017 at the address(es) listed below:
          DENISE ELIZABETH CARLON    on behalf of Creditor    First Guaranty Mortgage Corporation
           bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Michael A. Clement NO1JTB@juno.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.epiqsystems.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 6
```

## Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | **Michael A. Clement** | Social Security number or ITIN **xxx–xx–8516** |
| | First Name   Middle Name   Last Name | EIN __ __–__ __ __ __ __ __ __ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN __ __ __ __ |
| | | EIN __ __–__ __ __ __ __ __ __ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | Date case filed in chapter **13**      **10/4/16** |
| Case number:   **16–17048–ref** | | Date case converted to chapter **7**   **11/29/17** |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline       12/15
### **Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing**

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | Debtor's full name | Michael A. Clement | | |
| 2. | All other names used in the last 8 years | | | |
| 3. | Address | 512 Marshall Drive Shillington, PA 19607 | | |
| 4. | Debtor's attorney Name and address | JOSEPH T. BAMBRICK JR. Joseph T. Bambrick Jr. Esq. 529 Reading Avenue, Suite K West Reading, PA 19611 | | Contact phone (610) 372–6400 Email:  NO1JTB@juno.com |
| 5. | Bankruptcy trustee Name and address | LYNN E. FELDMAN Feldman Law Offices PC 221 N. Cedar Crest Blvd. Allentown, PA 18104 | | Contact phone (610) 530–9285 Email:  trustee.feldman@rcn.com |

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       page 1

| 6. | **Bankruptcy clerk's office** | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. |
| | Documents in this case may be filed at this address. You may inspect all records filed in this case or online at www.pacer.gov. | | Contact phone (610)2085040<br><br>Date: 12/4/17 |

| 7. | **Meeting of creditors** | **January 8, 2018 at 11:30 AM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **544 Court Street, Reading, PA 19601** |

| 8. | **Presumption of abuse** | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 3/9/18** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |