United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-17048-ref
Michael A. Clement                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR              Page 1 of 2              Date Rcvd: Feb 15, 2018
                            Form ID: pdf900          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2018.
db            +Michael A. Clement,    512 Marshall Drive,   Shillington, PA 19607-2825
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
cr            +Fay Servicing, LLC,    440 S. LaSalle Street, Suite 2000,    Chicago, IL 60605-5011
cr            +First Guaranty Mortgage Corporation,    Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,
                P.O. Box 17933,    San Diego, CA 92177-7921
13803071       Berks EIT Bureau,   PO Box 6367,    Wyomissing, PA 19610-0367
13803073      +Convergent Healthcare, Inc.,    121 NE Jefferson Street, Suite 100,    Peoria, IL 61602-1229
13803074      +Fay Servicing LLC,    3000 Kellway Dr.,   Ste 150,   Carrollton, TX 75006-3357
13808121      +First Guaranty Mortgage Corporation,    c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                P.O. Box 17933,    San Diego, CA 92177-7921
13868342      +First Guaranty Mortgage Corporation,    Fay Servicing, LLC,    939 W. North Avenue, Suite 680,
                Chicago, IL 60642-1231
13803075      +First Premier Bank,    3820 N. Louise Ave,   Sioux Falls, SD 57107-0145
13803077      +NLT Recovery Agency,    2491 Payton Street,   Harrisburg, PA 17111-1036
13803078      +Pennsylvania Dept of Revenue,    2 Revenue Place,   Harrisburg, PA 17129-0002
13803079       Roundpoint,   PO Box 19409,    Charlotte, NC 28219-9409
13803082      +T. Mobile,   c/o Convergent Outsourcing,    P.O. Box 9004,    Renton, WA 98057-9004
13803083     #+Verizon Wireless,    P.O. Box 26055,   Minneapolis, MN 55426-0055

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: robertsl2@dnb.com Feb 16 2018 01:53:56      Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 16 2018 01:53:43
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 16 2018 01:54:06      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycom.com Feb 16 2018 01:56:29      Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13808344       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 16 2018 02:03:46
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
13888694       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 16 2018 02:04:13
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
13803070      +E-mail/Text: banko@berkscredit.com Feb 16 2018 01:53:16      Berks Credit & Collections,
                900 Corporate Drive,    Reading, PA 19605-3340
13803069      +E-mail/Text: banko@berkscredit.com Feb 16 2018 01:53:16      Berks Credit & Collections,
                900 Coroporate Drive,    Reading, PA 19605-3340
13803072      +E-mail/Text: bankruptcy@sw-credit.com Feb 16 2018 01:53:49      Comcast,
                c/o SW Credit Systems L.P.,    4120 International Pkwy,Suite 100,    Carrollton, TX 75007-1957
13803076       E-mail/Text: cio.bncmail@irs.gov Feb 16 2018 01:53:15      Department of the Treasury - IRS,
                Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
13849430      +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 16 2018 01:53:58      Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13803081      +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 01:56:29      SYNCB/Walmart,   P.O. Box 965024,
                Orlando, FL 32896-5024
13803080      +E-mail/Text: bankruptcynotices@dcicollect.com Feb 16 2018 01:54:33      Sprint,
                c/o Diversified Consultants,    P.O. Box 551268,   Jacksonville, FL 32255-1268
13803491       E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 01:56:06      Synchrony Bank,
                c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Fay Servicing, LLC,   3000 Kellway Dr,Ste 150,   Carrollton, TX 75006-3357
13862931*      Internal Revenue Service,   PO Box 37007,   Hartford, CT 06176-7007
                                                                                    TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-4           User: SaraR                 Page 2 of 2                   Date Rcvd: Feb 15, 2018
                               Form ID: pdf900             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    First Guaranty Mortgage Corporation
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Michael A. Clement NO1JTB@juno.com
              KEVIN G. MCDONALD    on behalf of Creditor    First Guaranty Mortgage Corporation
               KMcDonald@blankrome.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    :
    MICHAEL A. CLEMENT                           :    CHAPTER 7
                                                    :
                                                    :
               DEBTOR                        :    CASE NO. 16-17048-REF

## STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE

NOW, this 13th day of February, 2018, it is hereby agreed and stipulated to between the Trustee, Lynn E. Feldman, Esquire, and Attorney for Debtor, Joseph T. Bambrick, Esquire, as follows:

1. The current deadline for Trustee or any parties in interest to file a Complaint Objecting to Discharge is March 9, 2018.

2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until May 9, 2018 to file a Complaint Objecting to Discharge and/or file a Motion to Dismiss pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_/s/ Lynn Feldman_
Lynn E. Feldman, Esquire
Chapter 7 Trustee

_/s/ Joseph T. Bambrick_
Joseph T. Bambrick, Esq.
Attorney for Debtor

### ORDER

NOW, this _____ day _____, 2018, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Order of this Court. With full force and effect thereof.

**Date: February 15, 2018**

_/s/ Richard E. Fehling_
Richard E. Fehling
United States Bankruptcy Judge