## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michael A. Clement<br>　　　　　　Debtor | CHAPTER 7 |
| First Guaranty Mortgage Corporation<br>　　　　　　Movant<br>　　vs.<br>Michael A. Clement<br>　　　　　　Debtor | NO. 16-17048 REF |
| LYNN E. FELDMAN<br>　　　　　　Trustee | 11 U.S.C. Section 362 |

## **ORDER**

AND NOW, upon failure of the Debtor and the Trustee to file an answer or otherwise plead, it is ORDERED AND DECREED that:

The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified to allow creditor to proceed with all claims under state law with respect to the subject premises located at 512 Marshall Drive, Reading, PA (aka Shillington, PA) 19607 ("Property").

It is further ORDERED that Rule 4001(a)(3) is not applicable and is waived, and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

**Date: March 5, 2018**

_____
United States Bankruptcy Judge