United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-17048-ref
Michael A. Clement                                                              Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 1              Date Rcvd: Mar 05, 2018
                              Form ID: pdf900          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2018.
```
db             +Michael A. Clement,    512 Marshall Drive,    Shillington, PA 19607-2825
cr             +Fay Servicing, LLC,    440 S. LaSalle Street, Suite 2000,    Chicago, IL 60605-5011
cr             +Fay Servicing, LLC,    3000 Kellway Dr,Ste 150,    Carrollton, TX 75006-3357
cr             +First Guaranty Mortgage Corporation,    Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2018 02:41:09      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
```
                                                                                                               TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2018 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    First Guaranty Mortgage Corporation
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Michael A. Clement NO1JTB@juno.com
              KEVIN G. MCDONALD    on behalf of Creditor    First Guaranty Mortgage Corporation
               KMcDonald@blankrome.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```
                                                                                                               TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Michael A. Clement<br>　　　　　　　Debtor | CHAPTER 7 |
| First Guaranty Mortgage Corporation<br>　　　　　　　Movant<br>　　vs. | NO. 16-17048 REF |
| Michael A. Clement<br>　　　　　　　Debtor | |
| LYNN E. FELDMAN<br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, upon failure of the Debtor and the Trustee to file an answer or otherwise plead, it is ORDERED AND DECREED that:

The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified to allow creditor to proceed with all claims under state law with respect to the subject premises located at 512 Marshall Drive, Reading, PA (aka Shillington, PA) 19607 ("Property").

It is further ORDERED that Rule 4001(a)(3) is not applicable and is waived, and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

**Date: March 5, 2018**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge