**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Michael A. Clement    :    Chapter: 7
:
Debtor(s)    :    Bankruptcy No.: 16-17048-REF
:
:

**NOTICE OF DEFICIENCY**

PLEASE TAKE NOTE:

The above referenced Debtor has failed to appear at two (2) scheduled §341 Meetings of Creditors on 3/5/18 and 4/9/18.

DATED this 12th day of April 2018.

ANDREW R. VARA
Acting United States Trustee

By: */s/ Maria Borgesi*
Maria Borgesi
Paralegal