IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Michael A. Clement                Chapter 7

Debtor(s).                Bankruptcy No. 16-17048-REF

# ORDER

AND NOW, this **24** day of **May**, 2018, the Court having conducted a hearing with respect to its previous Order to Show Cause Why Case Should Not Be Dismissed in the above-captioned Chapter 7 case, it is hereby

ORDERED that the debtors, are directed to appear and provide testimony at the rescheduled Section 341(a) Meeting of Creditors before the Chapter 7 Trustee **Lynn Feldman on June 4, 2018 at the Berks County Bar Association, 544 Court Street, 2nd Floor, Reading, PA 19601 at 11:00 a.m.** Counsel for the debtor shall provide notice of this rescheduled Meeting of Creditors to all creditors and parties in interest; and it is further

ORDERED that a continued hearing on the Court's Order to Show Cause shall be held on **June 28**, 2018, at 11:00 a.m., Bankruptcy Courtroom No. 1, Bankruptcy Court, The Madison, Suite 300, 400 Washington Street, Reading, PA 19601 for the purpose of determining whether the debtor complied with the terms of this Order and whether the Court should dismiss the case.

And it is further ORDERED (nunc pro tunc, if applicable) that the time period under Bankruptcy Rule 4004(a) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to 60 days after the date on which the Meeting of Creditors is actually conducted (or upon the filing and service of interrogatory responses or the conclusion of any dispute over interrogatory responses).

_____
RICHARD E. FEHLING
Chief United States Bankruptcy Judge

Copies to:
Counsel for debtor(s)
Debtor(s)
Chapter 7 trustee
United States Trustee