United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 16-17048-ref
Michael A. Clement                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR            Page 1 of 1            Date Rcvd: Aug 22, 2018
                              Form ID: 211           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2018.
db        #+Michael A. Clement,    512 Marshall Drive,    Shillington, PA 19607-2825
cr         +Fay Servicing, LLC,    440 S. LaSalle Street, Suite 2000,    Chicago, IL 60605-5011
cr         +Fay Servicing, LLC,    3000 Kellway Dr,Ste 150,    Carrollton, TX 75006-3357
cr         +First Guaranty Mortgage Corporation,    Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,
             P.O. Box 17933,    San Diego, CA 92177-7921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2018 01:58:28      Synchrony Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2018 at the address(es) listed below:
          DENISE ELIZABETH CARLON    on behalf of Creditor    First Guaranty Mortgage Corporation
           bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Michael A. Clement NO1JTB@juno.com
          KEVIN G. MCDONALD    on behalf of Creditor    First Guaranty Mortgage Corporation
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.epiqsystems.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 7

    Michael A. Clement

Debtor(s)  Case No: 16−17048−ref

___

*ORDER*

AND NOW, 8/22/18 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 9/5/18 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

For The Court

Richard E. Fehling

Chief Judge ,United States Bankruptcy Court