Certificate Number: 12433-PAE-DE-031577778

Bankruptcy Case Number: 16-17048



12433-PAE-DE-031577778

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 6, 2018</u>, at <u>1:08</u> o'clock <u>PM EDT</u>, <u>Michael A. Clement</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>September 6, 2018</u>          By:    <u>/s/Candace Jones</u>

                                        Name:  <u>Candace Jones</u>

                                        Title: <u>Counselor</u>