United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 16-17048-ref
Michael A. Clement                                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 2              Date Rcvd: Sep 06, 2018
                              Form ID: 318             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2018.
db             #+Michael A. Clement,    512 Marshall Drive,    Shillington, PA 19607-2825
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
13803071         Berks EIT Bureau,    PO Box 6367,    Wyomissing, PA 19610-0367
13803073        +Convergent Healthcare, Inc.,    121 NE Jefferson Street, Suite 100,    Peoria, IL 61602-1229
13803074        +Fay Servicing LLC,    3000 Kellway Dr.,    Ste 150,    Carrollton, TX 75006-3357
13808121        +First Guaranty Mortgage Corporation,    c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                  P.O. Box 17933,   San Diego, CA 92177-7921
13868342        +First Guaranty Mortgage Corporation,    Fay Servicing, LLC,    939 W. North Avenue, Suite 680,
                  Chicago, IL 60642-1231
13803077        +NLT Recovery Agency,    2491 Payton Street,    Harrisburg, PA 17111-1036
13803078        +Pennsylvania Dept of Revenue,    2 Revenue Place,    Harrisburg, PA 17129-0002
13803079         Roundpoint,    PO Box 19409,   Charlotte, NC 28219-9409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: QLEFELDMAN.COM Sep 07 2018 06:03:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
                  221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 07 2018 02:13:09
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 07 2018 02:13:24     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13808344         EDI: AIS.COM Sep 07 2018 06:03:00      American InfoSource LP as agent for,
                  T Mobile/T-Mobile USA Inc,    PO Box 248848,   Oklahoma City, OK  73124-8848
13888694         EDI: AIS.COM Sep 07 2018 06:03:00      American InfoSource LP as agent for,    Verizon,
                  PO Box 248838,   Oklahoma City, OK  73124-8838
13803070        +E-mail/Text: EBN_Greensburg@Receivemorermp.com Sep 07 2018 02:13:39
                  Berks Credit & Collections,    900 Corporate Drive,    Reading, PA 19605-3340
13803069        +E-mail/Text: EBN_Greensburg@Receivemorermp.com Sep 07 2018 02:13:39
                  Berks Credit & Collections,    900 Coroporate Drive,    Reading, PA 19605-3340
13803072        +EDI: SWCR.COM Sep 07 2018 06:03:00      Comcast,   c/o SW Credit Systems L.P.,
                  4120 International Pkwy,Suite 100,    Carrollton, TX 75007-1957
13803076         EDI: IRS.COM Sep 07 2018 06:03:00      Department of the Treasury - IRS,
                  Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
13803075        +EDI: AMINFOFP.COM Sep 07 2018 06:03:00      First Premier Bank,    3820 N. Louise Ave,
                  Sioux Falls, SD 57107-0145
13849430        +EDI: JEFFERSONCAP.COM Sep 07 2018 06:03:00      Premier Bankcard, Llc,
                  c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
13803081        +EDI: RMSC.COM Sep 07 2018 06:03:00      SYNCB/Walmart,   P.O. Box 965024,
                  Orlando, FL 32896-5024
13803080        +EDI: DCI.COM Sep 07 2018 06:03:00      Sprint,   c/o Diversified Consultants,    P.O. Box 551268,
                  Jacksonville, FL 32255-1268
13803491         EDI: RMSC.COM Sep 07 2018 06:03:00      Synchrony Bank,    c/o Recovery Management Systems Corp.,
                  25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13803082        +EDI: CONVERGENT.COM Sep 07 2018 06:03:00      T. Mobile,    c/o Convergent Outsourcing,
                  P.O. Box 9004,   Renton, WA 98057-9004
13803083        +EDI: VERIZONCOMB.COM Sep 07 2018 06:03:00      Verizon Wireless,    P.O. Box 26055,
                  Minneapolis, MN 55426-0055
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13862931*        Internal Revenue Service,    PO Box 37007,   Hartford, CT 06176-7007
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-4          User: SaraR            Page 2 of 2            Date Rcvd: Sep 06, 2018
                              Form ID: 318           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    First Guaranty Mortgage Corporation
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Michael A. Clement NO1JTB@juno.com
              KEVIN G. MCDONALD    on behalf of Creditor    First Guaranty Mortgage Corporation
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Michael A. Clement** | Social Security number or ITIN  **xxx–xx–8516** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **16–17048–ref**

## Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael A. Clement

9/6/18                                                      **By the court:**   Richard E. Fehling
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                   **Order of Discharge**                                         page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2